IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZANDA SPEARMAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 14-4433 |
| UNITED STATES OF AMERICA, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 26th day of October, 2015, upon consideration of Defendants the United States of America and the U.S. Department of Veterans Affairs' Motion to Dismiss (Doc. No. 26), Plaintiff Zanda Spearman's Memorandum of Law in Opposition to Defendants' Motion to Dismiss (Doc. No. 27), Defendants' Reply Memorandum in Further Support of the Motion to Dismiss (Doc. No. 29) and Plaintiff's Surreply Memorandum in Opposition to the Motion to Dismiss (Doc. No. 32), it is hereby **ORDERED** that the Motion is **GRANTED.** This action is hereby **DISMISSED WITH PREJUDICE**

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE